UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62628-Civ-SCOLA

RUTH MUZUCO,

    Plaintiff,

vs.

RE$UBMITIT, LLC et al.,

    Defendants.
_____/

**ORDER GRANTING THE DEFENDANTS' MOTION TO BRING
ELECTRONIC EQUIPMENT INTO THE COURTHOUSE ON MAY 23, 2013**

THIS MATTER is before the Court on the Defendants' Motion to Access the Courthouse with Electronic Devices [ECF No. 104], filed by Defendants Re$ubmitlt, LLC, BSG Financial, LLC, and BankAtlantic (collectively "Defendants").  This Motion is **GRANTED**.  Subject to approval and inspection by the U.S. Marshal Service, counsel for the Defendants may bring the following electronic equipment into the courthouse on **May 23, 2013** for the class certification hearing, before the undersigned United States District Judge, in Courtroom 12-3 of the Wilkie D. Ferguson United States Courthouse, 400 N. Miami Ave., Miami, Florida 33128:

- Toshiba Qosmio laptop;
- power cords;
- VGA cables;
- flash and/or thumb drives

**DONE and ORDERED** in Chambers at Miami, Florida on May 22, 2013.

_____
**ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE**